PROB12A1

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

## REPORT OF OFFENDER NON-COMPLIANCE

| | |
|---|---|
| **Offender Name:** | GAIL S. JONES |
| **Docket Number:** | 2:03CR00344-01 |
| **Offender Address:** | Fresno, California |
| **Judicial Officer:** | Honorable Garland E. Burrell, Jr.<br>United States District Judge<br>Sacramento, California |
| **Original Sentence Date:** | December 5, 2003 |
| **Original Offense:** | Counts 1-6: 18 USC 1030 (a) (4), Fraud and Related Activity in Connection With Computers<br>(CLASS D FELONY) |
| **Original Sentence:** | 30 months BOP;36 months supervised release; $600 special assessment; $925,442.84 restitution |
| **Special Conditions:** | 1) Not dissipate assets 2) Financial disclosure 3) Financial restrictions 4) Abstain from alcohol 5) Mental health treatment 6) Aftercare co-payment 7) No gambling. |
| **Type of Supervision:** | Supervised Release |
| **Supervision Commenced:** | March 10, 2006 |
| **Assistant U.S. Attorney:** | Mark L. Krotoski    **Telephone:** (916) 554-2700 |
| **Defense Attorney:** | Mathew Bockmon    **Telephone:** (916) 498-5700 |
| **Other Court Action:** | None |

RE:     GAIL JONES
        Docket Number:   2:03CR00344-0

---

## PETITIONING THE COURT

[x]   **TERMINATE PROBATION AS SCHEDULED WITH REMAINING RESTITUTION BALANCE.**

## REPORT OF OFFENDER NON-COMPLIANCE

**Comments:** On March 3, 2006, the offender's term of supervised release commenced. During her term of supervision, the offender has complied with all other conditions of supervision and has not incurred any new law violations or any formal proceedings. The offender has also maintained a stable residence. A recent financial inquiry report reveals that throughout the offender's term of supervision, she has made numerous payments towards her financial obligations. Specifically, her $600 special assessment has been satisfied and she has paid a total of $306,538.43 towards her restitution. A review of her history on supervision reveals that the offender was consistent in making monthly payments. While the offender owes an outstanding restitution balance of $577,606.41, it is respectfully recommended the court allow her supervision to terminate as scheduled. The offender understands she must continue making payments towards her restitution until her financial obligation is satisfied. The matter of restitution will be monitored by the United States Attorney's Office-Financial Litigation Unit.

Respectfully submitted,

/s/ Brian J. Bedrosian

**BRIAN J. BEDROSIAN**
**United States Probation Officer**
Telephone: (559) 499-5721

**DATED:**   February 9, 2009
            Fresno, California
            MJV

**REVIEWED BY:**   /s/ Hubert J. Alvarez
                   **HUBERT J. ALVAREZ**
                   **Supervising United States Probation Officer**

**RE:   GAIL JONES**
     **Docket Number:   2:03CR00344-0**

---

**THE COURT ORDERS:**

( X )   That supervision expire as scheduled on March 9, 2009, with restitution balance.

(   )   Other:

**Dated:  February 26, 2009**

_____
**GARLAND E. BURRELL, JR.**
**United States District Judge**

cc:     United States Probation
        Mark L. Krotoski, Assistant United States Attorney
        Mathew Bockmon, Assistant Federal Defender